IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cr-00471-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAIME HUMBERTO GARCIA-FUENTES,

     Defendant.

---

**ORDER**

---

     Defendant's Motion to Appoint Counsel [Filed November 17, 2006; Docket #122] is **denied**

**without prejudice** subject to the filing a current financial affidavit so that Defendant can demonstrate

her eligibility for the appointment of counsel.

     Dated at Denver, Colorado this 30th day of November, 2006.

BY THE COURT:


   s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge